BEFORE THE SECOND DIVISION, SEPTEMBER 6, 1946

**No. 51286.**—Protests 942253–G, etc., of Julius Kayser & Co. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 11, 1946

**No. 51287.**—Protests 912346–G, etc., of Fred·Haslam & Co., Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the catheters and other articles are similar in all material respects to the merchandise passed upon in *Bard* v. *United States* (2 Cust. Ct. 244, C. D. 134). In accordance therewith the claims of the plaintiff were sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 11, 1946

**No. 51288.**—Protests 103185–K, etc., of Samuel Shapiro & Co., Inc., et al. (Baltimore, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51289.**—Protests 117822–K, etc., of J. A. Forrest Co. et al. (Duluth, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.